CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2018 JAN -2 PM 5: 17
DEPUTY CLERK _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| WILLIAM WOOD ROBERTSON, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> NANCY A. BERRYHILL, § <br> Acting Commissioner of Social Security, § <br> § <br> Defendant. § | 2:16-CV-249 |

## ORDER OVERRULING OBJECTIONS, ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION and AFFIRMING DECISION OF COMMISSIONER

Plaintiff has appealed the decision of the Commissioner of the Social Security Administration denying plaintiff disability insurance benefits and supplemental security income benefits. The United States Magistrate Judge entered findings, conclusions and a recommendation on December 11, 2017, recommending therein that the decision of the Commissioner be affirmed. Plaintiff filed objections to the Findings, Conclusions and Recommendation on December 26, 2017.

The undersigned United States District Judge has made an independent examination of the record in this case. The undersigned hereby OVERRULES plaintiff's objections to the Findings, Conclusions and Recommendation, ADOPTS the Findings, Conclusions and Recommendation of the Magistrate Judge, and AFFIRMS the administrative decision of the Commissioner.

IT IS SO ORDERED.

ENTERED this __2nd__ day of __January__ 2018.

s/ Mary Lou Robinson
MARY LOU ROBINSON
UNITED STATES SENIOR DISTRICT JUDGE